IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GENO L. HAWKINS, SR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2563

Opinion filed September 10, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Geno L. Hawkins, Sr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

WOLF, RAY, and OSTERHAUS, JJ., CONCUR.